UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-20019-RNS

JAMES WATSON,

    Plaintiff,
v.

PRESS AND GRIND ENTERPRISES LLC.,
d/b/a Press & Grind Cafe

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, JAMES WATSON, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that he voluntarily dismisses this action with prejudice against, Defendant, PRESS AND GRIND ENTERPRISES LLC., d/b/a Press & Grind Cafe, and respectfully requests this Court to terminate the action.

Respectfully submitted on this January 23, 2023.

                                          By: */s/ J. Courtney Cunningham*
                                          J. Courtney Cunningham, Esq.
                                          FBN: 628166
                                          J. COURTNEY CUNNINGHAM, PLLC
                                          8950 SW 74th Court, Suite 2201
                                          Miami, Florida 33156
                                          T:  305-351-2014
                                          cc@cunninghampllc.com
                                          legal@cunninghampllc.com

                                          *Counsel for Plaintiff*

**Watson v. Press & Grind Cafe**
Case No. 23-cv-20019-RNS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this January 23, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*